# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:10cv496

| | |
|---|---|
| **WYCHE L. SIZER,** | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| **CONTINENTAL AUTOMOTIVE, INC.,** and **PENSION PLAN FOR HOURLY-PAID EMPLOYEES OF CONTINENTAL AUTOMOTIVE, INC. AND CERTAIN AFFILIATE COMPANIES,** | ) |
| Defendants. | ) |

Pending before the Court is the Joint Motion to Stay [# 16]. The parties in this case move to stay this civil action for ninety (90) days while the Pension Committee for the relevant pension plan conducts a further review of Plaintiff's claim in light of additional information submitted by Plaintiff. This additional information is outside the current administrative record. Upon a review of the record, and for good cause shown, the Court finds that a stay of this civil action is appropriate. Staying the civil action while the Pension Committee considers the newly submitted information is the most efficient means of resolving this case. Accordingly, the Court **GRANTS** the Motion to Stay [# 16]. The Court **STAYS** this case until the earlier of January 1,

2012, or five (5) days after the Pension Committee renders a decision as to Plaintiff's claim.

Signed: July 5, 2011

Dennis L. Howell
United States Magistrate Judge