IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv496

| | | |
|---|---|---|
| WYCHE L. SIZER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CONTINENTAL AUTOMOTIVE, INC., and PENSION PLAN FOR HOURLY-PAID EMPLOYEES OF CONTINENTAL AUTOMOTIVE, INC. AND CERTAIN AFFILIATE COMPANIES, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Pending before the Court is the Joint Motion to Stay [# 18]. Previously, the Court stayed this case for ninety (90) days while the Pension Committee for the relevant pension plan conducts a further review of Plaintiff's claim in light of additional information submitted by Plaintiff. (Order, July 6, 2011.) The parties now request that the Court extend this stay through March 1, 2012. For good cause shown, the Court **GRANTS** the motion [# 18]. The Court **STAYS** this case through March 1, 2012.

Signed: January 19, 2012

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge