IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv496

| | | |
|---|---|---|
| WYCHE L. SIZER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CONTINENTAL AUTOMOTIVE, INC., | ) | |
| and PENSION PLAN FOR HOURLY- | ) | |
| PAID EMPLOYEES OF | ) | |
| CONTINENTAL AUTOMOTIVE, INC. | ) | |
| AND CERTAIN AFFILIATE | ) | |
| COMPANIES, | ) | |
| | ) | |
|     Defendants. | ) | |

Pending before the Court is the Joint Motion for Discovery to be Reset and to Reset Other Case Deadlines [# 20]. The parties move to reset the deadlines in this case after the lifting of the stay. For good cause shown, the Court **GRANTS** the motion [# 20]. The parties shall exchange copies of the administrative record by April 26, 2012. Dispositive motions are due by May 29, 2012. The District Court will set a trial date for a bench trial after ruling on any dispositive motions.

Signed: April 19, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge