IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv496

| | |
|---|---|
| WYCHE L. SIZER, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CONTINENTAL AUTOMOTIVE, INC., )<br>and PENSION PLAN FOR HOURLY- )<br>PAID EMPLOYEES OF )<br>CONTINENTAL AUTOMOTIVE, INC. )<br>AND CERTAIN AFFILIATE )<br>COMPANIES, )<br>)<br>)<br>    Defendants. )<br>_____ ) | **ORDER** |

Pending before the Court is the Joint Motion for Discovery to be Reset and to Reset Other Case Deadlines [# 20]. The parties move to reset the deadlines in this case after the lifting of the stay. For good cause shown, the Court **GRANTS** the motion [# 20]. The parties shall exchange copies of the administrative record by April 26, 2012. Dispositive motions are due by May 29, 2012. The District Court will set a trial date for a bench trial after ruling on any dispositive motions.

Signed: April 19, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge