# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:10CV496-GCM-DSC

| | |
|---|---|
| WYCHE L. SIZER,<br>　　　Plaintiff,<br><br>　　vs.<br><br>CONTINENTAL<br>AUTOMOTIVE, INC., et. al.,<br><br>　　　Defendants. | **ORDER** |

**THIS MATTER** is before the Court <u>sua sponte</u> after reviewing the parties' "Motion[s] for Summary Judgment" (documents ##25 and 27).

The Court **ORDERS** the parties to submit Supplemental Briefs on or before January 3, 2013. The Supplemental Briefs shall be confined to the following issues:

1. Whether the relevant Plan is "the Plan that was in effect in 1999 when [Plaintiff's] leave of absence terminated,"[1] or "the document in existence when Plaintiff submits a benefits application."[2]

2. Whether Plaintiff's claim for retirement benefits is ripe for judicial review.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Graham C. Mullen</u>.

---

[1] Plaintiff's "Response ..." at 4 (document #30).

[2] Defendant's "Reply ... " at 4 (document #35).

**SO ORDERED.**

Signed: December 3, 2012

David S. Cayer
United States Magistrate Judge