IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-496-GCM-DSC

| | |
|---|---|
| WYCHE L. SIZER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CONTINENTAL AUTOMOTIVE, INC., ) | |
| and PENSION PLAN FOR HOURLY- ) | |
| PAID EMPLOYEES OF CONTINENTAL ) | |
| AUTOMOTIVE, INC. AND CERTAIN ) | |
| AFFILIATE COMPANIES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. Pursuant to an Order (Document No. 46) of the Honorable Graham C. Mullen, the parties have contacted the undersigned's chambers to schedule a Judicial Settlement Conference and a date has been agreed upon.

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene at 9:30 a.m. on Wednesday, May 8, 2013, in Courtroom #3 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court reserve Courtroom #3 and its attached conference room.

**SO ORDERED**.

Signed: May 1, 2013

David C. Keesler
United States Magistrate Judge